MARK A. KLAASSEN
United States Attorney
C. LEVI MARTIN (WSB #6-3781)
JEREMY A. GROSS (WSB # 7-5110)
Assistant United States Attorneys
P.O. Box 668
Cheyenne, WY 82003
Phone: 307-772-2124
christopher.martin@usdoj.gov
jeremy.gross@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 SEP -9 PM 1: 16

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

VERNON BLACK,

　　　　Defendant.

Case No. 19cv188-J

## COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF

The United States of America, by and through the United States Attorney for the District of Wyoming and its Assistant United States Attorneys, Levi Martin and Jeremy A. Gross, brings this civil action for the recovery of civil monetary penalties and for injunctive relief against Defendant Vernon Black for violations of the Packers and Stockyards Act of 1921, as amended and supplemented, 7 U.S.C. §§ 181 *et seq.* ("P&SA" or "Act"). The United States alleges as follows:

**PARTIES**

1.　　Plaintiff is the United States of America.

2. Defendant Vernon Black is an individual with an address of 11677 U.S. Hwy 26, Riverton, WY 82501. Defendant is engaged in business as a "market agency" and "dealer" under the Act. *See* 7 U.S.C. § 201.

## JURISDICTION AND VENUE

3. Jurisdiction for this action is conferred on this Court by Sections 312, 314, & 315 of the P&SA (7 U.S.C. §§ 213, 215, & 216) and 28 U.S.C. §§ 1345 and 1355. In addition, Section 404 of the P&SA empowers the Attorney General of the United States to initiate appropriate proceedings under the Act to be commenced and prosecuted in the proper courts of the United States. *See* 7 U.S.C. § 224.

4. Venue is proper in the District of Wyoming under 28 U.S.C. § 1391(b) & 7 U.S.C § 216, as Defendant resides in this District and a substantial part of the events giving rise to the claim occurred in this District.

## FACTS COMMON TO ALL CLAIMS

5. The P&SA regulates the conduct of packers, swine dealers, live poultry dealers, stockyard owners, market agencies, and dealers, imposing certain affirmative requirements on these entities and proscribing certain conduct by them. *See* 7 U.S.C. §§ 181 *et seq.*

6. Not later than 2009, the Defendant began operating as a market agency by receiving commissions for purchasing cattle on behalf of a company.

7. Persons operating as a market agency are required to register with the Secretary and file and maintain a bond or bond equivalent in an amount set by 7 C.F.R. § 201.30. *See* 7 U.S.C. §§ 203 & 204. The Defendant has repeatedly failed to comply with these requirements of the Act.

8. In a Decision and Order of the Secretary for the United States Department of Agriculture ("Secretary's Order"), dated December 31, 2012, the Defendant was found to have willfully violated 7 U.S.C. § 213(a) of the P&SA by engaging in operations subject to the Act without registering with the Secretary and without obtaining or maintaining an adequate bond or bond equivalent. *See In re: Vernon Black*, P&S Docket No. D-11-0139. (Exhibit 1).

9. The Secretary's Order mandated the Defendant to "cease and desist from engaging in business in any capacity for which bonding is required without obtaining, filing, and maintaining an adequate bond . . . [and] without first becoming properly registered[.]" The Defendant was also assessed a civil penalty in the amount of four thousand dollars ($4,000.00).

10. Defendant has not paid the civil penalty, nor has he ceased his unlawful behavior. Indeed, the Defendant knowingly and unlawfully continued to engage in the business of buying livestock in commerce and receiving commissions without registering with the Secretary and without maintaining an adequate bond or bond equivalent.

11. Specifically, during the period of December 2, 2014 through November 13, 2015, Defendant engaged in 33 different transactions wherein he operated as a market agency, by purchasing 2,680 head of livestock with a market value of $2,981,535.00.

12. More recently (between November 16, 2018 and June 13, 2019), Defendant engaged in eight transactions wherein he operated as a market agency, and twelve other transactions wherein he operated as a dealer. (A dealer is also required to register and maintain bonding; *see* 7 U.S.C. § 203 & 7 U.S.C. § 204). The total market value for these transactions was $87,860.31. The Defendant, in violation of the Secretary's Order, the Act, and the regulations, has still not registered with the Secretary, nor has he obtained an adequate bond or bond equivalent.

13. On information and belief, the Defendant will further continue to operate as a dealer and/or market agency in violation of the Secretary's Order, the Act, and the regulations promulgated thereunder, unless he is enjoined from doing so.

### COUNT I (Violation of 7 U.S.C. § 203)

14. The United States incorporates Paragraphs 1 through 13 of this Complaint, as if fully set forth herein.

15. Defendant has repeatedly violated the P&SA by failing to register with the Secretary, as required by 7 U.S.C. § 203 and section 201.10 of the Regulations (9 C.F.R. § 201.10).

### COUNT II (Violation of 7 U.S.C. § 204)

16. The United States incorporates Paragraphs 1 through 15 of this Complaint, as if fully set forth herein.

17. Defendant has repeatedly violated the P&SA by failing to post a bond, as required by 7 U.S.C. § 204 and sections 201.29 and 201.30 of the Regulations (9 C.F.R. §§ 201.29, 201.30).

### COUNT III (Violation of 7 U.S.C. § 213(a))

18. The United States incorporates Paragraphs 1 through 17 of this Complaint, as if fully set forth herein.

19. Defendant has repeatedly violated the Secretary's Order by engaging in or using unfair, unjustly discriminatory, or deceptive practices in connection with the buying, or selling on a commission basis, of livestock, and by failing to pay the civil penalty.

**WHEREFORE**, the United States of America respectfully prays that this Court:

A. Issue an order declaring that Defendant, in acting as a market agency, was subject to the Act and has repeatedly violated the Act and the regulations promulgated thereunder;

B. Issue an order declaring that Defendant, in acting as a dealer, was subject to the Act and has repeatedly violated the Act and the regulations promulgated thereunder;

C. Issue an order declaring that Defendant has repeatedly violated the Secretary's Order;

D. Order monetary penalties to be paid to the United States for each and every violation of 7 U.S.C. § 203 and its promulgating regulations (plus any interest from the date of judgment), in an amount to be proved at trial;

E. Order monetary forfeiture to the United States for each and every violation of 7 U.S.C. § 215(a) and its promulgating regulations (plus any interest from the date of judgment), in an amount to be proved at trial;

F. Order Defendant to pay the $4,000 civil penalty that was assessed against him in the Secretary's Order (7 U.S.C. § 213(b));

G. Order Defendant permanently enjoined from engaging in business as a dealer or market agency within the meaning of the Act without being registered with the Secretary, and bonded, as required by the Act and the regulations promulgated thereunder (7 U.S.C. § 216);

H. Order Defendant pay the costs of this proceeding; and

I. Provide the United States with any further relief the Court deems just and proper.

Respectfully submitted this 9th day of September, 2019.

Mark A. Klaassen
United States Attorney

*/s/ C. Levi Martin*

C. Levi Martin
Jeremy A. Gross
Assistant United States Attorneys

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**RECEIVED SEP 09 2019 CLERK, U.S.D.C. CHEYENNE, WYOMING**

## I. (a) PLAINTIFFS
United States

**DEFENDANTS**
Vernon Black
11677 U.S. Hwy 26
Riverton, WY 82501

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Fremont
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
U.S. Attorneys Office
2120 Capitol Ave, Suite 4000
Cheyenne, WY 82001  307-772-2124

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question *(U.S. Government Not a Party)*
[ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [X] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| | | | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | | | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
7 U.S.C. §§ 181 et seq.
Brief description of cause:
Mr. Black is continuing to operate as a market agency and dealer without being registered with USDA or bonded.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** TBD at trial
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE  09/09/2019
SIGNATURE OF ATTORNEY OF RECORD  *C.A. Nash*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE Johnson  MAG. JUDGE Rankin (issued)

# Please wait...

If this message is not eventually replaced by the proper contents of the document, your PDF viewer may not be able to display this type of document.

You can upgrade to the latest version of Adobe Reader for Windows®, Mac, or Linux® by visiting http://www.adobe.com/go/reader_download.

For more assistance with Adobe Reader visit http://www.adobe.com/go/acrreader.

Windows is either a registered trademark or a trademark of Microsoft Corporation in the United States and/or other countries. Mac is a trademark of Apple Inc., registered in the United States and other countries. Linux is the registered trademark of Linus Torvalds in the U.S. and other countries.